UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 11 B 37500
                                                       CHAPTER 13

DANIEL MALDONADO
LISA M MALDONADO                    JUDGE JANET S BAER

           DEBTORS                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** 21ST MORTGAGE CORPORATION

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 2 | XXXXXX8236 | $16,104.01 | $16,104.01 | $16,104.01 |
| Total Amount Paid by Trustee | | | | | $16,104.01 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**   Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-37500-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 3rd day of May, 2016.

Debtor:
DANIEL MALDONADO
LISA M MALDONADO
15045 TERRACE LN
MIDLOTHIAN, IL  60445

Attorney:
JOSEPH J CARDINAL
3838 W 111TH ST #104
Oak Lawn, IL  60655
via Clerk's ECF noticing procedures

Creditor:
21ST MORTGAGE CORPORATION
607 MARKET ST #521
PO BOX 477
KNOXVILLE, TN  37901

Mortgage Creditor:
GMAC MORTGAGE
PO BOX 4622
WATERLOO, IA  50704

Mortgage Creditor:
GMAC MORTGAGE
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60561-5009

Mortgage Creditor:
VANTIUM CAPITAL
% STRATEGIC RECOVERY GROUP
18451 N DALLAS PKWY #100
DALLAS, TX  75287

Mortgage Creditor:
NPA ASSOC
% VANTIUM CAPITAL
18451 N DALLAS PKWY #100
DALLAS, TX  75287

Mortgage Creditor:
VATIUM CAPITAL
% WELLS FARGO LOCK BOX
PO BOX 202646 2975 REGENT BLVD
IRVING, TX  75063

Creditor:
GMAC MORTGAGE
3451 HAMMOND AVE
MAIL CODE 507-345-110
WATERLOO, IA  50702

ELECTRONIC SERVICE - United States Trustee

Date:  May 03, 2016

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603